UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY ALBERT MERRETT,

    Plaintiff,

    v.                                        Case No.3:10-cv-1195-J-12MCR

LEGACY CONSTRUCTION OF JAX,
INC., etc., et al.,

    Defendants,

    v.

LIBERTY MUTUAL INSURANCE
CORPORATION, etc.,

    Third Party Defendant.

## ORDER

This cause is before the Court on: 1) Liberty Mutual Insurance Corporation's Motion to Dismiss (Doc. 3)("motion to dismiss"), filed December 29, 2010; 2) Plaintiffs' Memorandum In Opposition thereto (Doc. 8)(per attorneys' signatures filed on behalf of Anthony Merrett, Haley Bamping and Audrey Franklin); 3) Motion for Remand (Doc. 12)("motion to remand"), filed by Anthony Merrett, Audrey Franklin and Haley Bamping (designating themselves as "claimants") on January 28, 2011; 4) Liberty Mutual's Response in Opposition to Plaintiff's Motion to Remand (Doc. 16) filed February 14, 2011; and 5) Liberty Mutual's Reply in support of its motion to dismiss (Doc. 15) filed February 14, 2011. On February 25, 2011, Liberty Mutual's Notice of Filing Consent Judgment from Underlying State Court Litigation was filed. The Court conducted a hearing on the motion to dismiss and the motion to remand on March 23, 2011. See Doc. 20.

By Order (Doc. 27) filed April 21, 2011, the Court deferred ruling on the motion to dismiss (Doc. 3) and motion to remand (Doc. 12) pending disposition of the Motion for Leave to File Amended Third Party Complaint (Doc. 18)("motion to amend") filed on behalf of Anthony Merrett, Haley Bamping and Audrey Franklin. By Order filed June 16, 2011, the United States Magistrate Judge granted in part and denied in part the motion to amend (Doc. 18), and an Amended Third Party Complaint (Doc. 38) was filed June 27, 2011. Upon review of the matter, it is

**ORDERED AND ADJUDGED:**

That Liberty Mutual Insurance Corporation's Motion to Dismiss (Doc. 3) and the Motion for Remand (Doc. 12) are moot.

**DONE AND ORDERED** this __6th__ day of July 2011.

*Howell W. Melton*
Senior United States District Judge

c:   Counsel of Record