ANTHONY ALBERT MERRETT, et al.,

        Plaintiffs,

vs.                            Case No.  3:10-cv-1195-J-12MCR

LIBERTY MUTUAL INSURANCE
CORPORATION,

        Defendant.

_____/

# O R D E R

**THIS CAUSE** is before the Court on the parties' Joint Motion for Entry of an

Order Governing the Production and Use of Confidential Documents (Doc. 60) filed

October 20, 2011.  Pursuant to Rule 26(c), Federal Rules of Civil Procedure, the Court

finds good cause for the entry of a protective order in this case.  Furthermore, the Court

believes entry of a protective order is appropriate to expedite the flow of discovery

material, promote the prompt resolution of disputes over confidentiality, and facilitate the

preservation of material arguably worthy of protection.  See McCarthy v. Barnett Bank of

Polk County, 876 F.2d 89, 91 (11th Cir. 1989); In re Alexander Grant & Co. Litigation,

820 F.2d 352, 356 (11th Cir. 1987).

      The parties have attached a proposed Confidentiality Agreement to the motion.

In reviewing the proposed Confidentiality Agreement, the Court notes it provides for the

filing of sealed documents without first obtaining leave to file documents under seal.

The parties should be aware that both public interest and Court policy discourage the

filing of large volumes of information under seal. Pursuant to Local Rule 1.09(a), leave of Court must be obtained before confidential material may be filed under seal. Accordingly, the Court has revised paragraph 9 of the proposed Confidentiality Agreement to provide that materials will be filed under seal only after Court approval is obtained. In the absence of a showing of clear necessity and a lack of viable alternatives, the parties should not expect Court approval of the routine submission of materials for in camera filings.

Accordingly, after due consideration, it is hereby

**ORDERED**:

The parties' Joint Motion for Entry of an Order Governing the Production and Use of Confidential Documents (Doc. 60) is **GRANTED**. The Court adopts the terms of the proposed Confidentiality Agreement drafted by the parties and attached to this Order, with the noted revision to paragraph 9. The parties are hereby bound by those terms.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this __24th__ day of October, 2011.

*Monte C. Richardson*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record

-2-